# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                          Case No. 5:99-cr-24-OC-10GRJ

MILTON JEROME HAILE

---

## ORDER

This cause comes before the Court on a Report and Recommendation (Doc. 212), entered by the Magistrate Judge after conducing a Final Supervised Release Revocation Hearing pursuant to Local Rule 6.01(c)(16) on December 3, 2008.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered December 3, 2008 (Doc. No. 212) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

DONE and ORDERED in Orlando, Florida this ___12___ day of December, 2008.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Counsel for Defendant