# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**MILTON JEROME HAILE**

Case Number: **5:99-cr-24-Oc-18GRJ**

USM Number: **04686-017**

Henry Ferro, Retained
108 N. Magnolia , Ste. 700
Ocala, Florida 34475

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 through 6 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Possession with intent to distribute cocaine hydrochloride | October 26, 2007 |
| 2 | Possession of counterfeit obligations with intent to defraud | October 26, 2007 |
| 3 | Possession of a firearm by a convicted felon | October 26, 2007 |
| 4 | Possession of a firearm in furtherance of a drug trafficking offense | October 26, 2007 |
| 5 | Possession of a controlled substance | October 26, 2007 |
| 6 | Possession of a firearm | October 26, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: January 20, 2009

G. Kendall Sharp, Senior United States District Judge

January ___, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **37 Months to run concurrent to the sentence and supervised release imposed in case number 5:08-cr-4-Oc-18GRJ**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal